127 A.3d 1289

**POCONO MOUNTAIN SCHOOL DISTRICT, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF EDUCATION, DIVISION OF SUBSIDY DATA AND ADMINISTRATION, Respondent.**

Supreme Court of Pennsylvania.

Dec. 7, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of December, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Does the Commonwealth Court's Opinion present a question of substantial public importance to the extent that it holds a school district liable for a charter school's liability(ies)?

(2) Does the Commonwealth Court's Opinion present an issue of first impression to the extent that it holds a school district liable for a charter school's liability(ies)?

(3) Does the Commonwealth Court's Opinion depart from accepted judicial practices or did the Court abuse its discretion when it ignored the statutory provisions, found in the Public School Code, which preclude a school district from being made liable for a charter school's liability(ies)?